# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 7, 2024

Lyle W. Cayce
Clerk

———————————

No. 24-30109

———————————

GLADYS CARTER; CHARLES ALLEN, SR.,

*Plaintiffs—Appellants*,

*versus*

DAVID BRAY; CASTANNA WASHINGTON, *Administratrix of* SUCCESSIONS OF DAISEY FOSTER ALLEN & THOMAS ALLEN, SR.,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:22-CV-5427

———————————————————————

Before JONES, BARKSDALE, and HO, *Circuit Judges*.

PER CURIAM:[*]

Affirmed. *See* 5TH CIR. R. 47.6.

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.